**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 13-2398**
_____

JEROME J. BROWN,

                    Plaintiff - Appellant,

          v.

HOFFMAN COMPANY, LLC; PRESIDENT LAUREN K. DOUGLAS,

                    Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.   Leonie M. Brinkema,
District Judge. (1:13-cv-01364-LMB-TRJ)

_____

Submitted:  February 5, 2014        Decided:  February 20, 2014

_____

Before NIEMEYER, SHEDD, and AGEE, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Jerome Julius Brown, Sr., Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jerome J. Brown appeals the district court's order dismissing his civil complaint for lack of subject matter jurisdiction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Brown v. Hoffman Co., No. 1:13-cv-01364-LMB-TRJ (E.D. Va. filed Nov. 7, 2013; entered Nov. 15, 2013). We grant Brown leave to proceed in forma pauperis. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED